

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-17-00116-CV

## Trial Court No. 00375-CCL-16

**Zelena Barbay**

**Vs.**

**Mary McCarty, Individually and as Executrix of the Estate of Stanley William Taraba**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Clerk's record | $56.00 | CHRISTOPHER TINSLEY |
| Reporter's record | $91.00 | Appellant Zelena Barbay |
| Motion fee | $10.00 | Judy Emerson |
| Required Texas.gov efiling fee | $30.00 | Judy Emerson |
| Indigent | $25.00 | Judy Emerson |
| Filing | $100.00 | Judy Emerson |
| Supreme Court chapter 51 fee | $50.00 | Judy Emerson |
| **TOTAL:** | $362.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 1st day of December 2017, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk